**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| CHRISTINE LAVELLE AND GARY LAVELLE, HER HUSBAND, | : | No. 742 MAL 2016 |
| | : | |
| | : | Petition for Allowance of Appeal from |
| Petitioners | : | the Order of the Commonwealth Court |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| BOROUGH OF DUNMORE ZONING HEARING BOARD AND MARIA WHARTON, | : | |
| | : | |
| | : | |
| Respondents | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 28th day of February, 2017, the Petition for Allowance of Appeal is **DENIED**.